# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| KEITH DAVIS, | : | No. 46 EM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| COMMON PLEAS JUDGE SANDY L.V. BYRD, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 25th day of May, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (providing that hybrid representation is not permitted).

 The Prothonotary is **DIRECTED** to forward the filings to counsel of record and to strike the name of the jurist of the caption.